```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

PUBLIC EMPLOYEES FOR                )
  ENVIRONMENTAL RESPONSIBILITY,     )
                                    )
           Plaintiff,               )
                                    )
     v.                             )  Civil Action No. 18-1720 APM
                                    )
U.S. CHEMICAL SAFETY AND HAZARD     )
  INVESTIGATION BOARD,              )
                                    )
           Defendant.               )
_____)
```

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2018, Order, the parties have conferred and report the following information to the Court, asking that the schedule proffered below be accepted by the Court in this Freedom of Information Act action.

1.   In a joint status report dated October 24, 2018, the parties reported that Defendant had released 22 pages of documents to Plaintiff and had withheld three documents in full. The parties proposed that Defendant would produce a Vaughn Index by November 29, 2018, and submit another report to the Court on December 13, 2018.

2.   Since the last status report, Defendant produced a Vaughn Index to Plaintiff on November 29 as planned. In addition, on December 12, 2018, Defendant released additional information from the three documents withheld in full as it had indicated it would do in its November 29 Vaughn Index.

3. In light of these developments, the parties are currently in discussions about settling this case without the need for briefing. Accordingly, the parties propose to file another joint status report on or before January 28, 2019, updating the Court on the status of their discussions and proposing a schedule for further proceedings, if necessary.

Respectfully submitted,

JESSIE K. LIU, DC Bar #472845
United States Attorney

DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

By: _____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

*Counsel for Defendant*


   /s/ Paula Dinerstein
PAULA DINERSTEIN, ESQ.
DC Bar #333971
Public Employees for
  Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
pdinerstein@peer.org

*Counsel for Plaintiff*