```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

PUBLIC EMPLOYEES FOR                )
  ENVIRONMENTAL RESPONSIBILITY,     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 18-1720 APM
                                    )
U.S. CHEMICAL SAFETY AND HAZARD    )
  INVESTIGATION BOARD,              )
                                    )
        Defendant.                  )
_____)

**<u>STIPULATION OF SETTLEMENT AND DISMISSAL</u>**

Plaintiff, Public Employees for Environmental Responsibility ("Plaintiff") and Defendant, the U.S. Chemical Safety and Hazard Investigation Board ("Defendant") (collectively, "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.   The Parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2.   Defendant shall pay Plaintiff a lump sum of Two Thousand, One Hundred and Four dollars ($2,104.00) in attorneys' fees and costs in this matter in complete satisfaction of any and all claims of attorneys' fees, expenses, costs, interest, and any other sums related to this litigation.

3.   Payment of the attorney's fees and costs will be made by a check in the amount set forth in paragraph two and made payable

to Public Employees for Environmental Responsibility (PEER). Upon filing this Stipulation of Settlement and Dismissal, the Parties will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted.

4. This Stipulation of Settlement and Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

5. This Stipulation of Settlement and Dismissal shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

7. The parties agree that this Stipulation of Settlement and Dismissal will not be used as evidence or otherwise in any

pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

8. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for Plaintiff and by counsel for Defendant shall constitute a dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

9. This Stipulation of Settlement and Dismissal may be executed in counterparts as if executed by both parties on the same document.

10. This Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

Counsel for Defendant is authorized to file this stipulation on behalf of Plaintiff.

\*   \*   \*

Respectfully submitted this 28th day of January 2019,

| | |
|---|---|
| PUBLIC EMPLOYEES FOR<br>  ENVIRONMENTAL RESPONSIBILITY<br><br>By:  /s/ Paula Dinerstein<br>Paula Dinerstein,<br>  D.C. Bar #333971<br>Public Employees for<br>  Environmental Responsibility<br>962 Wayne Avenue, Suite 610<br>Silver Spring, MD 20910<br>Telephone: 202 265 7337<br>pdinerstein@peer.org<br><br>*Counsel for Plaintiff* | JESSIE K. LIU,<br>  D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN,<br>  D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Mark Nebeker<br>W. MARK NEBEKER,<br>  D.C. Bar #396739<br>Assistant United States<br>  Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br>Telephone: 202 252 2536<br>mark.nebeker@usdoj.gov<br><br>*Counsel for Defendant* |

SO ORDERED on this \_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE